**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**JACKIE PRIDE**                                                 **PLAINTIFF**

**VS.**                              **NO.** *4:17cv121-JM*

**G&J WALKER TRUCKING INC and
RICHARD W. HIX**                                      **DEFENDANTS**

This case assigned to District Judge *Moody*
and to Magistrate Judge *Deere*

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1441 and 1446, defendants G&J Walker

Trucking Inc and Richard W. Hix file this notice of the removal of this action from

the Circuit Court of Lonoke County, Arkansas, to the United States District Court

for the Eastern District of Arkansas, Western Division.  Removal jurisdiction based

upon diversity of citizenship, 28 U.S.C. § 1332, is founded on the following:

1.      This case, styled *Jackie Pride v. G&J Walker Trucking Inc and*

*Richard W. Hix*, was filed on January 26, 2017, in the Circuit Court of Lonoke

County, Arkansas, as civil action number 43CV-17-57 on the docket of that Court.

This lawsuit is a civil action within the meaning of the Acts of Congress relating to

the removal of cases.

2.      Defendant G&J Walker Trucking Inc was served with a summons and

copy of the complaint on February 2, 2017.  This notice of removal is filed within

thirty (30) days (or the first filing day thereafter) of the first delivery of a summons

and complaint to G&J Walker Trucking Inc and is therefore timely filed pursuant to

28 U.S.C. § 1445(d).  Defendant Richard W. Hix has not yet been served with a summons and copy of the complaint.

3.      Pursuant to 28 U.S.C. § 1446(a), defendants attach as Exhibit A to this notice the summons to each defendant and complaint in this action, which constitute all "process, pleadings and orders" served to date.  There are no pending motions in this action.  Defendants have not yet filed their answer to the plaintiff's complaint.

4.      This case is removed pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.      Upon information and belief, and according the allegations of the complaint, plaintiff is an individual citizen and resident of the State of Tennessee. (*See* Exhibit A, Complaint ¶ 1.)

6.      Defendant G&J Walker Trucking Inc is a corporation organized under the laws of the State of Indiana, with its principal place of business in Danville, Illinois.  Defendant G&J Walker Trucking Inc is deemed to be a citizen of Indiana and Illinois for the purposes of diversity jurisdiction.  *See* 28 U.S.C. § 1332(c)(1).

7.      Defendant Richard W. Hix is an individual citizen and resident of the State of Illinois.  (*See* Exhibit A, Complaint ¶ 3.)

8.      The plaintiff's complaint demands damages "in excess of the amount required for federal court jurisdiction in diversity of citizenship cases." (Exhibit A,

Complaint ¶ 24)  The amount of this demand is "deemed to be the amount in controversy."  28 U.S.C. § 1446(c)(2).

9.      Accordingly, this Court has original diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332(a), and the action is removable pursuant to 28 U.S.C. § 1441(a).

10.     The United States District Court for the Eastern District of Arkansas, Western Division, embraces the county in which the state court action is now pending.

11.     Written notice of the filing of this notice will promptly be given to plaintiff, and together with a copy of this notice of removal, will be filed with the Circuit Court of Lonoke County, Arkansas, as provided in 28 U.S.C. § 1446(d).

12.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

13.     Defendants expressly reserve any and all defenses which may be available to them in this action.

WHEREFORE, defendants G&J Walker Trucking Inc and Richard W. Hix remove this action from the Circuit Court of Lonoke County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division, and seek resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: grather@wlj.com
       mthompson@wlj.com

By _____

   Gordon S. Rather, Jr. (68054)
   Michael A. Thompson (2010146)

*Attorneys for Defendants*
*G&J Walker Trucking Inc and*
*Richard W. Hix*

## CERTIFICATE OF SERVICE

On March 2, 2017, a copy of the foregoing was served by U.S. mail on the

following:

   Mr. Andrew M. Taylor
   Ms. Tasha C. Taylor
   TAYLOR & TAYLOR LAW FIRM, P.A.
   124 West Capitol Avenue, Suite 1500
   P.O. Box 629
   Little Rock, Arkansas 72203-0629

*Attorneys for Plaintiff*

_____
Michael A. Thompson

ELECTRONICALLY FILED
Lonoke County Circuit Court
Deborah Oglesby, Circuit Clerk
2017-Jan-26  17:44:19
43CV-17-57
C23D03 : 5 Pages

## IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
## _____ DIVISION

**JACKIE PRIDE**                                                                          **PLAINTIFF**

**vs.**                                   **CASE NO. _____**

**G & J WALKER TRUCKING INC AND**
**RICHARD W. HIX**                                                          **DEFENDANTS**

### COMPLAINT

Comes now the Plaintiff, Jackie Pride, by and through her attorneys, Taylor & Taylor Law

Firm, P.A., and for her Complaint does state:

#### JURISDICTION AND VENUE

1.       Plaintiff, Jackie Pride, is a resident of Memphis, Tennessee, and a citizen of the

State of Tennessee.

2.       Upon information and belief, G & J Walker Trucking Inc ("G & J"), is a limited

liability company with a principal place of business of Cayuga, Indiana.

3.       Defendant, Richard Hix, is an adult resident of Illinois.

4.       The facts and circumstances giving rise to this Complaint occurred in Lonoke

County, Arkansas.

5.       This Court has subject matter jurisdiction of this matter pursuant to Ark. Code Ann.

§ 16-13-201(a).

6.       This Court has personal jurisdiction of the parties pursuant to Ark. Code Ann. § 16-

4-101(B).

**EXHIBIT A**

7.      Lonoke County is the correct venue for this matter pursuant to Ark. Code Ann. §
16-60-101(a)(1).

### FACTS AND ALLEGATIONS

8.      Defendant G & J owns and/or operates a truck line based in Cayuga, Indiana.

9.      Defendant, Richard Hix, upon information and belief, is an employee of G & J as
a driver of its trucks.

10.     On or about January 26, 2015, Plaintiff was the passenger in a vehicle owned and
being driven by Theresa D. Burke eastbound on I-40 in the left or "inside" lane of traffic.

11.     At the same place, date, and time, the Defendant, Hix, was operating a Peterbilt
tractor/trailer rig owned by Defendants, G & J, in the right "outside" lane of I-40.

12.     As Defendant, Hix, approached a slower vehicle in front of him in the right lane,
he attempted to switch lanes into the left lane.

13.     Defendant, Hix, failed to see the Burke vehicle next to him in which the Plaintiff
was a passenger and merged into the left lane causing his trailer to strike the right front of the
Burke vehicle.

14.     The collision caused the Burke vehicle to spin out of control and strike the cable
barrier system to the left of the roadway.

15.     As a result of the collision, Plaintiff was immediately hurt.

### CAUSE OF ACTION #1 – TORT OF NEGLIGENCE
### (Against Defendant Hix)

16.     The Defendant was negligent in causing the above stated collision due to his failure
to keep a proper lookout, failure to yield, failure to devote full time and attention to the roadway,
and his utter disregard of the safety of others by merging left and colliding with the vehicle in
which the Plaintiff was a passenger.

17.    Defendant Hix owed the Plaintiff a duty to use ordinary care in the operation of his tractor/trailer rig.

18.    Defendant Hix violated his duty to use ordinary care in the operation of his tractor trailer observing the duties enumerated in paragraph 16 above.

19.    Plaintiff has sustained damages.

20.    Defendant Hix's negligence was a proximate cause of Plaintiff's damages.

**CAUSE OF ACTION #2 – RESPONDENT SUPERIOR**
**(AGAINST DEFENDANT G & J)**

21.    At the time of the occurrence relating to Cause of Action #1 against Defendant Hix, Defendant Hix was acting within the scope of his employment or agency as an employee or agent of Defendant, G & J.

22.    Therefore, the negligent conduct on the part of Defendant Hix should be charged to Defendant G & J with respect to Plaintiff's claims for all causes of action.

**DAMAGES**

*Compensatory Damages*

23.    The injuries and damages sustained by Plaintiff as a result of Defendants' breach of the above duties include, but are not limited to, the following:

    a.    Serious bodily injuries to Plaintiff's left knee, neck/shoulder, lower back, and right hip;

    b.    Medical expenses incurred in the past, and transportation expenses to obtain such medical treatment;

    c.    Future medical expenses to be incurred, and transportation expenses to obtain such future medical treatment;

    d.    Physical pain and suffering experienced in the past;

e.  Physical pain and suffering to be experienced in the future;

f.  Loss of income in the past;

g.  Loss of income in the future;

h.  Loss of earning capacity due to permanent physical impairment from the injuries caused by the events described above;

i.  Mental anguish experienced in the past;

j.  Mental anguish to be experienced in the future;

k.  Any scars, disfigurement, and visible results of Plaintiff's injuries due to "residual limitation of motion." *Adkins v. Kelley*, 244 Ark. 199, 424 S.W.2d 373 (1968);

l.  The reasonable expense of any necessary help in Plaintiff's home in the past, and reasonably certain to be required in the future, as a result of Plaintiff's injuries; and

m.  Permanent bodily injuries.

*Amount in Controversy (for Jurisdictional Purposes under Ark. Code Ann. § 16-63-221)*

24.  Plaintiff's injuries and damages listed above are in excess of the amount required for federal court jurisdiction in diversity of citizenship cases, for which Plaintiff should be awarded a judgment as against Defendants jointly and severally in an amount to fully and fairly compensate Plaintiff for each and every element of damages that has been suffered.

### DEMAND FOR TRIAL BY JURY

25.  Plaintiff demands a trial by jury for all issues of fact presented by this action.

## RESERVATION OF ADDITIONAL CLAIMS

26.    Upon completion of discovery, Plaintiff reserves the right to plead further to state additional claims and to name additional parties to this action.

WHEREFORE, Plaintiff prays for judgment against the Defendants G & J and Richard W. Hix for the damages caused by their negligence as described above, for costs and attorneys' fees, and for all other relief at law or equity to which she is entitled.

Respectfully submitted,
JACKIE PRIDE, Plaintiff

BY:    /s/ Andy Taylor                                    
       TAYLOR & TAYLOR LAW FIRM, P.A.
       Andrew M. Taylor, Ark. Bar No. 2005147
       Tasha C. Taylor, Ark. Bar No. 2005148
       124 W. Capitol Avenue, Ste. 1500
       P.O. Box 629
       Little Rock, Arkansas 72203-0629
       Phone:   501-246-8004
       Fax:     501-246-8009
       Email:   Andy@TaylorLawFirm.com
       *Attorneys for the Plaintiff*

THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
_____ DIVISION

JACKIE PRIDE
Plaintiff

v.                                              No. _____

G & J WALKER TRUCKING INC AND
RICHARD W. HIX
Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Richard W. Hix
407 N. Gilbert Street
Danville, Illinois 61832

A lawsuit has been filed against you.   The relief demanded is stated in the attached complaint.   Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew M. Taylor; PO Box 629; Little Rock, Arkansas 72203-0629 If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office
Lonoke County Circuit Clerk
301 N. Center Street                    _____
Lonoke, Arkansas 72086-0499        [Signature of Clerk or Deputy Clerk]

                                        Date:_____

[SEAL]



Arkansas Judiciary

**Case Title:**     JACKIE PRIDE V G&J WALKER TRUCKING INC ET AL

**Case Number:**    43CV-17-57

**Type:**           SUMMONS - FILER PREPARED


So Ordered

*Sarah Myers*

Sarah A Myers

Electronically signed by SAMYERS on 2017-01-31 09:05:58     page 2 of 2

THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
_____ DIVISION

JACKIE PRIDE
Plaintiff

v.                                             No. _____

G & J WALKER TRUCKING INC AND
RICHARD W. HIX
Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

G & J Walker Trucking Inc
c/o Jerry Walker, Registered Agent
700 E. County Road 600 N.
Cayuga, Indiana 47928

A lawsuit has been filed against you.   The relief demanded is stated in the attached complaint.   Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew M. Taylor; PO Box 629; Little Rock, Arkansas 72203-0629 If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office
Lonoke County Circuit Clerk
301 N. Center Street
Lonoke, Arkansas 72086-0499          _____
                                      [Signature of Clerk or Deputy Clerk]

                                      Date:_____

[SEAL]



Arkansas Judiciary

**Case Title:**    JACKIE PRIDE V G&J WALKER TRUCKING INC ET AL

**Case Number:**   43CV-17-57

**Type:**          SUMMONS - FILER PREPARED

So Ordered

*Sarah Myers*

Sarah A Myers

Electronically signed by SAMYERS on 2017-01-31 09:06:19    page 2 of 2

# AFFIDAVIT OF SERVICE

ELECTRONICALLY FILED
Lonoke County Circuit Court
Deborah Oglesby, Circuit Clerk
2017-Feb-15  10:49:50
43CV-17-57
C23D03 : 1 Page
Circuit Court

**State of Arkansas**                          **County of Lonoke**

Case Number: 43CV-17-57

Plaintiff:
**Jackie Pride**
vs.
Defendant:
**G & J Walker Trucking Inc and Richard W. Hix**

Received by EXPRESS PROCESS SERVICE, INC. on the 31st day of January, 2017 at 3:33 pm to be served on **G & J Trucking Inc c/o Jerry Walker, Registered Agent, 700 E. County Road 600 N, Cayuga, IN 47928**. I, _Steve_ _ENSOR_, being duly sworn, depose and say that on the _2nd_ day of _Feb_ , 20_17_ at _11:33/4_ m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Aaron Dobbety_ as _OPERATIONS MANAGER_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein. A copy was than mailed on _____ from _____, _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

Age _45_ Sex (M)F  Race _White_  Height _6'0_  Weight _170_  Hair _BLACK_  Glasses (Y)N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

MICHELE COX
Resident of Putnam County, IN
Commission Expires: Mar. 29, 2024
(SEAL)

Subscribed and Sworn to before me on the _2_
day of _Feb_ , _2017_ by the affiant who
is personally known to me.

_Michele Cox_
NOTARY PUBLIC

_Jerry Ensor_
PROCESS SERVER # _1_
Appointed in accordance with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
**41 South Post Road**
**Indianapolis, IN 46219**
**(317) 890-1055**

Our Job Serial Number: 2017000322

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i