IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACKIE PRIDE**                                                                                                    **PLAINTIFF**

**VS.**                                    **NO. 4:17-CV-121-JM**

**G&J WALKER TRUCKING INC and**
**RICHARD W. HIX**                                                                                               **DEFENDANTS**

### STIPULATION FOR DISMISSAL

It is stipulated and agreed by and between the parties in the captioned case, through their attorneys, that the within cause of action has been settled and compromised by the parties hereto and that the complaint of plaintiff Jackie Pride against defendants G&J Walker Tucking, Inc. and Richard W. Hix should be dismissed with prejudice by an order of dismissal with prejudice with each of the parties responsible for their own costs and attorneys' fees.

DATED March 27, 2017.

                                                        TAYLOR & TAYLOR LAW FIRM, P.A.
                                                        P.O. Box 629
                                                        Little Rock, Arkansas  72203-0629
                                                        Telephone: (501) 246-8004
                                                        E-mail:   andy@taylorlawfirm.com
                                                                             tasha@taylorlawfirm.com

                                                        By:/s/ Andrew M. Taylor
                                                           Andrew M. Taylor (2005147)
                                                           Tasha C. Taylor (2005148)

                                                        *Attorneys for Plaintiff*

1404971-v1

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201
>Telephone:  (501) 371-0808
>E-mail:  grather@wlj.com
>
>By:/s/ Gordon S. Rather, Jr.
>   Gordon S. Rather, Jr. (68054)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Andrew M. Taylor**
  andy@taylorlawfirm.com

- **Tasha C. Taylor**
  tasha@taylorlawfirm.com

>/s/ Gordon S. Rather, Jr.
>Gordon S. Rather, Jr.
>Arkansas Bar No. 68054
>*Attorneys for Defendants*
>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201
>Telephone:  (501) 371-0808
>E-mail:  grather@wlj.com