# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JACKIE PRIDE                                                                                    PLAINTIFF

VS.                                            NO. 4:17CV0121 JM

G & J WALKER TRUCKING INC and
RICHARD W. HIX                                                                            DEFENDANTS

## ORDER

Pursuant to the stipulation for dismissal filed on March 27, 2017, Plaintiff's case is hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees. The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of April, 2017.

_____
James M. Moody Jr.
United States District Judge